UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SANSONE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MTA CORPUS, et al.,<br><br>　　　　　Defendants. | No. 2:13-cv-2563 AC P<br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file an application to proceed in forma pauperis and for an in forma pauperis application. Good cause appearing, IT IS HEREBY ORDERED that:

　　1. Plaintiff's motion for an extension of time (ECF No. 10) is granted;

　　2. Plaintiff is granted thirty days from the date of this order in which to file an application to proceed in forma pauperis; and

　　3. The clerk of court is directed to send plaintiff a new application to proceed in forma pauperis for use by a prisoner in a civil rights action.

DATED: February 14, 2014

　　　　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE