UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SANSONE,<br><br>Plaintiff,<br><br>v.<br><br>MTA CORPUS, et al.,<br><br>Defendants. | No. 2:13-cv-2563 AC P<br><br>ORDER and<br><br>FINDINGS & RECOMMENDATIONS |

By order filed May 12, 2014 (ECF No. 15), the court granted plaintiff twenty-eight days to file an amended complaint. In the May 12th order, the court informed plaintiff of the deficiencies in his complaint. Plaintiff was cautioned that failure to file an amended complaint would result in a recommendation of dismissal of this action. The twenty-eight day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk assign a district judge to this matter.

For the reasons given in the May 12, 2014, order, IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days

after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: July 1, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE